UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | Magistrate Case No. 07-MJ-13 |
| | : | |
| SHELLETTE JACKSON, | : | VIOLATIONS: 18 U.S.C. § 287 |
| | : | (False Claims) |
| Defendant. | : | 4 D.C. Code §218.01(a) |
| | : | (Fraud in Obtaining Public |
| | : | Assistance) |

**INFORMATION**
**COUNT 1: FALSE CLAIMS**

Beginning in or about December, 2000, Ms. Shellette Jackson, a resident of the District of Columbia, knowingly and intentionally presented false claims for financial assistance from the Housing Choice Voucher Program (HCV Program) provided by the District of Columbia Housing Authority (DCHA), and the Temporary Assistance to Needy Families (TANF) and Foodstamps programs provided by the District of Columbia Department of Human Services (DCDHS). The above programs are funded by federal government agencies: the HCV Program is funded by the United States Department of Housing and Urban Development, Foodstamps by the United States Department of Agriculture, and TANF by the United States Department of Health and Human Services. Between December 2000 until June 2006, Ms. Jackson knowingly and intentionally presented, in the District of Columbia, numerous false claims, that is public assistance applications and renewals that contained false and understated income and salary information, to DCHA and DCDHS in order to receive federally-financed program benefits (HCV, TANF and Foodstamps) that she knew she was ineligible to receive. On the basis of these false claims, Ms. Jackson fraudulently obtained over $50,384 in funds and financial assistance from these programs that she was not entitled to receive based on her actual income. (False Claims, in violation of Title 18, U.S. Code, Section 287).

## COUNT 2: FRAUD IN OBTAINING PUBLIC ASSISTANCE

Beginning in or about December, 2000, Ms. Shellette Jackson, a resident of the District of Columbia, knowingly and intentionally presented false claims for financial assistance from the Housing Choice Voucher Program (HCV Program) provided by the District of Columbia Housing Authority (DCHA), and the Temporary Assistance to Needy Families (TANF) and Foodstamps programs provided by the District of Columbia Department of Human Services (DCDHS).  Between December 2000 until June 2006, Ms. Jackson knowingly and intentionally presented, in the District of Columbia, numerous false claims, that is public assistance applications and renewals that contained false and understated income and salary information, to DCHA and DCDHS in order to receive program benefits (HCV, TANF and Foodstamps) that she knew she was ineligible to receive.  On the basis of these false claims, Ms. Jackson fraudulently obtained over $50,384 in funds and financial assistance that she was not entitled to receive based on her actual income.  Therefore, Ms. Jackson knowingly and intentionally, with the intent to defraud, submitted false income statements to DCHA and DCDHS and thereby obtained payments of public assistance which she was not entitled to receive.  (Fraud in Obtaining Public Assistance, in violation of Title 4 D.C. Code Section 218.01(a).

JEFFREY A. TAYLOR
United States Attorney

By: _____
TEJPAL S. CHAWLA
Assistant United States Attorney
United States Attorneys Office
Fraud & Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-2442