U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED
JUN 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

SHELLETE JACKSON : Case No. 07-128

:

:

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __13th__ day of __June 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __June 14, 2007__ by __Special Agent Roswyne Bannister w/ HUD OIG__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __the FBI__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) FRIEDMAN

COURT

DOJ USA-16-1-80