# United States District Court
# for the District of Columbia

**FILED**
JUN 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

SHELLETTE JACKSON

**WAIVER OF INDICTMENT**

CASE NUMBER: CR 07-128 (PLF)

I, SHELLETTE JACKSON, the above named defendant, who is accused of False Claims & Fraud in Obtaining Public Assistance being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 6/13/2007 prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

_____
Judge Paul L. Friedman
United States District Court