UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN 1 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal Number: |
| : | 07-128 |
| v. : | |
| : | |
| **SHELLETTE JACKSON,** : | VIOLATION: 18 U.S.C. §287 |
| : | (False Claims) |
| : | 4 D.C. Code § 218.01 |
| : | (Fraud in Obtaining Public |
| : | Assistance) |
| **Defendant.** : | |

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant, Shellette Jackson, under penalty of perjury, agrees and stipulates, to the following facts in connection with her plea of guilty to one count of 18 U.S.C. §287 (False Claims) and one count of 4 D.C. Code §218.01 (Fraud in Obtaining Financial Assistance).

### Background

From September 1999 until December 2006, the defendant, Shellette Jackson ("Jackson") was employed by the United States Department of State as a Program Assistant. From 2000 until 2006 Ms. Jackson's yearly wages at the Department of State were, in order: $19,585 in 2000, $25,409.09 in 2001, $23,497 in 2002, $25,631 in 2003, $31,686 in 2004, $36,077 in 2005 and over $32,383 in 2006.

### False Claims and Statements to District of Columbia Housing Authority

Starting in 1995, Ms. Jackson applied for and began receiving financial assistance for housing (rental payment and utility reimbursements) from the District of Columbia Housing Authority (DCHA) under the Section 8 Housing Program. The United States Department of

Housing and Urban Development (HUD) funds DCHA's Section 8 Housing Assistance Program (now named Housing Choice Voucher Program). In applying for financial assistance from 2000 until 2006, Ms. Jackson intentionally understated her true income to claim a greater amount of government benefit and assistance from DCHA than she would have been otherwise eligible to receive. Starting in December 2000, Ms. Jackson knowingly, intentionally and falsely understated her income from the Department of State to DCHA, and intentionally submitted false and fraudulently altered pay sheets containing altered financial information. The pay sheets submitted by Ms. Jackson purported to be valid and accurate pay documents created by the Department of State, but they were, in fact, altered by Ms. Jackson to show less wages and income. Ms. Jackson also failed to identify additional governmental assistance funds to DCHA that she was receiving from the District of Columbia Department of Human Services (DCDHS).

Ms. Jackson continued to submit false claims and fraudulent documents in support of her claims to DCHA until June 2006. Although Ms. Jackson would have been eligible for financial assistance from DCHA if she had declared her true income, her false claims enabled her to receive significantly greater financial assistance from DCHA then if she had properly reported her income. From December 2000, until June 2006, Ms. Jackson falsely obtained over $22,705.00 in additional financial benefit (rent payments) from DCHA then she otherwise would have been eligible to receive if she had reported her true income.

False Claims and Fraudulent Statements to DCDHS

Starting in 1993, Ms. Jackson applied for and received financial welfare assistance from the DCDHS under Medicaid, the Temporary Assistance for Needy Families program (TANF) and D.C. Foodstamps. The U.S. Department of Health and Human Services funds DCDHS's Medicaid and TANF programs, and the United States Department of Agriculture funds

DCDHS's Foodstamp program. In applying for financial assistance, Ms. Jackson intentionally understated her true income to claim benefits (TANF and Foodstamps) that she otherwise would have been ineligible to receive. Since at least 2002, Ms. Jackson knowingly, intentionally and falsely understated her income from her employment at the Department of State to DCDHS and intentionally submitted false and fraudulently altered pay sheets containing altered financial payment information. The pay sheets submitted by Ms. Jackson purported to be valid and accurate pay documents created by the Department of State, but they were, in fact, altered by Ms. Jackson to show less wages and income. Ms. Jackson also submitted altered documents purporting to be from DCHA to DCDHS which showed she was receiving less governmental assistance from the DCHA than she was actually receiving.

Ms. Jackson submitted numerous false claims and fraudulent documents in support of her claims to DCDHS from May 2002 until June 2006. If Ms. Jackson had submitted true income information in her claims, she would have been ineligible for any benefit under TANF or Foodstamps from May 2002 until June 2006. From May 2002, until March 2006, Ms. Jackson falsely obtained over $27,679 in financial benefit (cash payments and foodstamps) from DCDHS that she would have been otherwise ineligible to receive.

Date: 6-13-07

_____
SHELLETTE JACKSON
Defendant

I have read each of the three pages constituting this statement of offense and reviewed and discussed them with my client.

Date: 6/13/07

_____
DANI JAHN, ESQUIRE
Attorney for the Defendant

3