UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 07-128 (PLF) |
| | : | |
| **SHELLETTE JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO VACATE
## PRETRIAL SERVICES DRUG TESTING REQUIREMENT

    Ms. Shellette Jackson, through undersigned counsel, hereby moves this Court to enter the attached Order, which will vacate any future drug testing by the Pretrial Services Agency. As grounds for this motion, counsel states:

    1. On June 13, 2007, Ms. Jackson appeared before this Court and pled guilty to a two-count Information charging her with False Claims, in violation of 18 U.S.C. § 287, and Fraud in Obtaining Public Assistance, in violation of D.C. Code § 4-218.01(a).

    2. After acceptance of her guilty plea, this Court released Ms. Jackson on her personal recognizance with the following conditions: (1) weekly reporting to Pretrial Services by phone; (2) to reside at the address provided to this Court; (3) stay within the D.C. area; (4) report to the Pretrial Services Agency for a drug test evaluation and if positive, drug program placement; (5) comply with the booking order; and (6) do not apply for a passport.

    3. On June 14, 2007, consistent with the booking order Ms. Jackson met with F.B.I. agents who accompanied her to the central cell block of the Metropolitan Police Department for "routine processing." Although the booking order specifically stated that this processing was to be completed between the hours of 9:30 am and 12:30 p.m., it was not completed until

approximately 3:30 pm - three hours beyond the time period identified in this Court's order. At that time, Ms. Jackson had to pick up her children from school and was unable to meet with the Pretrial Services Agency for a drug test evaluation.

    4. On June 15, 2007, Ms. Jackson reported to the Pretrial Services Agency for her drug test evaluation. According to Dan Gilespie of Pretrial Services, this test was negative. However, because Ms. Jackson was unable to report to Pretrial Services within twenty-four hours of her release for a drug test evaluation, it is the policy of the Pretrial Services Agency that Ms. Jackson be tested once a week for twelve weeks. This weekly drug testing requirement by Pretrial Services will be conducted unless there is an order from this Court directing Pretrial Services to vacate any future drug testing.

    5. Government counsel was contacted about the non-compliance with the booking order which has had a direct impact on Ms. Jackson and her pretrial release conditions. In light of Ms. Jackson's negative test result on June 15, 2007, the government indicated that they do not oppose this request that Ms. Jackson not be subjected to weekly drug testing.

    WHEREFORE, for the foregoing reasons, Ms. Jackson respectfully requests this Honorable Court to vacate any future drug testing requirements imposed upon her by the Pretrial Services Agency.

    Respectfully submitted,

    A.J. KRAMER
    FEDERAL PUBLIC DEFENDER

    _____/s/_____
    Dani Jahn
    Assistant Federal Public Defender
    625 Indiana Avenue, N.W., Suite 550
    Washington, D.C. 20004
    (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 07-128 (PLF) |
| | : | |
| **SHELLETTE JACKSON,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the Unopposed Motion to Vacate the Pretrial Services Drug Testing Requirement, and for good cause shown, it is this _____ day of _____, 2007,

**HEREBY ORDERED** that this Motion is granted.

THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE

CC:   Pretrial Services Agency