UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. CR-07-0128 (PLF) |
| : | |
| SHELLETTE JACKSON, : | |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this memorandum in aid of sentencing. For the reasons set forth herein, the government respectfully recommends that the Court sentence the defendant to a term of probation between one and five years and eight months of home detention.

**I.   BACKGROUND**

On June 13, 2007, defendant Shellette Jackson pled guilty to a two-count information that charged her with False Claims, 18 U.S.C. §287 and Fraud in Obtaining Public Assistance, 4 D.C. Code §218.01  During her plea colloquy, the defendant admitted that at times material to her offenses that she was employed as an administrative assistant for the U.S. Department of State from September 9, 1999 until December, 2006.  From on or about December, 2000 through on or about June 2006, the defendant knowingly filed false claims and fraudulently altered income statements with the District of Columbia to receive public assistance funded by the United States that she was not authorized to receive.  Between December 2000 and June 2006, the defendant fraudulently obtained over $22,705 of financial assistance from D.C. Housing Authority, and $27,697 in cash payments and food stamps from the D.C. Department of Human Services, that she was not otherwise authorized to receive based upon her actual income.

**II.     SENTENCING CALCULATION**

    A     Statutory Maximum

The defendant pled guilty to one count of False Claims, in violation of Title 18, United States Code, Section 287 and one count of Fraud in Obtaining Financial Assistance, Title 4 D.C. Code §218.01.  The maximum sentence for the offense of False Claims is five years imprisonment, a fine of $250,000, or a fine of twice the pecuniary gain or loss pursuant to 18 U.S.C. § 3571(d), a $100 special assessment, and a three-year term of supervised release.  The maximum sentence for the offense of Fraud in Obtaining Financial Assistance is one year imprisonment, a fine of $500, and a special assessment of $50.

    B.     Sentencing Guideline Calculation

Both parties agreed to the Guidelines calculations utilized in the Presentence Report ("PSR"), which correctly calculates the defendant's total offense level at 10.  See PSR ¶ 25. This includes the base offense level of six pursuant to U.S.S.G. § 2B1.1(a)(2) and a six-level enhancement for "loss" of more than $30,000 pursuant to U.S.S.G. § 2B1.1(b)(1)(D).  Pursuant to the plea agreement, however, the government agreed not to oppose a two point reduction for acceptance of responsibility which yields a total offense level of 10.  The PSR also has calculated correctly the defendant's criminal history as Category I.  See PSR ¶¶ 29.  Therefore, the guideline range for defendant is correctly calculated in the PSR as 6-12 months.  See PSR ¶ 50.  The parties have also agreed to ask this Court to sentence the defendant on the Fraud in Obtaining Public Assistance misdemeanor concurrently with the sentence for the False Claims charge.

    As an employee of the U.S. State Department the defendant knew better than to engage in

this fraud. Importantly, the defendant's conduct was over several years and she used her office computer to alter her wage statements and falsify memorandum from her supervisor to facilitate her fraud. To the defendant's credit, in June 2006 it appears that she voluntarily withdrew from the TANF and food stamps program before she was confronted by law enforcement personnel. The defendant also admitted her culpability when she was first interviewed by investigators, and she agreed to a timely pre-indictment guilty plea. In light of these factors, the government respectfully recommends that the Court sentence the defendant to a term of probation of between one and five years, including a condition of eight months home detention. The government also requests that the Court order restitution in the amount of $50,384 to the District of Columbia.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY


        _____/s/_____
        TEJPAL S. CHAWLA
        D.C. Bar #464012
        Assistant United States Attorney
        Fraud & Public Corruption Section
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 353-2442

CERTIFICATE OF SERVICE

      I hereby CERTIFY that a copy of the foregoing Government's Memorandum in Support of Sentencing has been sent by ECF filing to counsel for the defendant:

    Dani Jahn, Esq.

this 7th day of September, 2007.

                                             _____/s/_____
                                             Tejpal S. Chawla
                                             ASSISTANT UNITED STATES ATTORNEY