UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 07-128 (PLF) |
| | : | |
| **SHELLETTE JACKSON,** | : | |
| | : | |
| **Defendant.** | : | |

**UNOPPOSED MOTION FOR LEAVE TO LATE FILE AND
FILE SENTENCING MEMORANDUM UNDER SEAL**

Ms. Shellette Jackson, the defendant, through undersigned counsel, respectfully moves this Honorable Court for leave to late file a sentencing memorandum. In support of this motion, counsel states:

1. On June 13, 2007, this Court ordered counsel to file memorandum in aid of sentencing on or before September 7, 2007.

2. On August 21, 2007, this Court re-scheduled the sentencing hearing previously set for September 18, 2007 to its current date of October 16, 2007. When undersigned counsel received this information, undersigned counsel believed that the sentencing memorandum due dates would also be changed to correspond to the new sentencing date. However, no such order was issued regarding the submission of sentencing memorandum to correspond to the new sentencing date. Had the dates been changed to correspond to the new sentencing date, memorandum in aid of sentencing would have been due Friday, October 5, 2007 - the day of this filing.

3. On October 3, 2007, undersigned counsel received a voice mail message from Assistant United States Attorney, Tejpal Chawla, who represented that the government has no

opposition to this motion to late file.

4.     In addition, undersigned counsel is requesting that the sentencing memorandum filed on Ms. Jackson's behalf be filed under seal due to the sensitive personal information contained therein.  Assistant United States Attorney, Tejpal Chawla, has indicated that the government has no opposition to this request as long as he receives proper service of the memorandum.

WHEREFORE, for the foregoing reasons, Ms. Jackson moves this Honorable Court for leave to late file a sentencing memorandum under seal.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Cr. No. 07-128 (PLF)** |
| | : | |
| **SHELLETTE JACKSON,** | : | |
| | : | |
| Defendant. | : | |

# ORDER

Upon consideration of the Unopposed Motion for Leave to Late File and File Sentencing Memorandum under seal, and for good cause shown, it is this _____ day of October, 2007,

**HEREBY ORDERED** that this Motion is granted.

_____
THE HONORABLE PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE


CC:   U.S. Probation Officer, Michael Penders